

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2022

No. 04-22-00008-CV

**IN THE INTEREST OF M.J.E**., a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-EM5-04650
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellants filed a brief with an appendix and a supplemental brief with an appendix. Both appendices contain the following documents that are not part of the clerk's record on appeal: (a) Affidavit of Brittney Decole Grady, (b) Affidavit of Sonya Jones, (c) Petitioner's Motion Setting Case on Bexar County Jury Docket, (d) Bexar County Docket Sheet, and (d) Bexar County District Clerk Receipt 48931022.

With limited exceptions not relevant here, an appellate court may not consider matters outside the appellate record. *Fox v. Wardy*, 234 S.W.3d 30, 33 (Tex. App.—El Paso 2007, pet. dism'd w.o.j.). Attachment of documents as exhibits or appendices to briefs is not formal inclusion in the record on appeal, and we cannot consider such documents. *Id.* "An appendix is not a substitute for a clerk's record nor are citations to the appendix a substitute for citations to the record." *Willms v. Wilson*, No. 05–08–01718–CV, 2009 WL 4283109, at *1 (Tex. App.— Dallas Dec. 2, 2009, no pet.) (mem. op.).

Appellants are therefore ORDERED to, **no later than August 15, 2022**, provide written proof to this court that (1) a supplemental clerk's record containing any additional documents on which they wish to rely has been requested from the district clerk and (2) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee for the supplemental record.

The district clerk is ORDERED to file the supplemental clerk's record **no later than ten days** from the date appellants request and pay for the supplemental record.

It is so **ORDERED** on this 4th day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court